1 **ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, Suite 700
2 Newport Beach, California 92660
3 Telephone: (949) 720-1288
Facsimile: (949) 720-1292
4

5 Attorneys for Plaintiff, Martha Gebhardt

6

7

8

9 UNITED STATES DISTRICT COURT

10 NORTHERN DISTRICT OF CALIFORNIA

11

12

| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | CASE NO. C 06-2174 (CRB)<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
|---|---|
| MARTHA GEBHARDT,<br><br>Plaintiff,<br><br>vs.<br><br>G.D. SEARLE & CO.; PHARMACIA CORPORATION; MONSANTO COMPANY; and PFIZER, INC.,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, **MARTHA GEBHARDT** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

1  stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
2  fees and costs.

5  DATED: September 1, 2009        ROBINSON, CALCAGNIE & ROBINSON

6  By: *Mark P. Robinson, Jr.*
7  MARK P. ROBINSON, JR.
   Attorneys for Plaintiff Martha Gebhardt

9  DATED:   Oct. 22  , 2009        DLA PIPER LLP (US)

11 By: /s/
   Matt Holian
12 Attorneys for Defendants

15 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

17 Dated: OCT 2 8 2009

18 Hon. Charles R. Breyer
   United States District Court

-2-